**FILED**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

_Jacksonville_ Division

2009 SEP -3 P 12: 37

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

Richard James Anderson, Sr

CASE NUMBER: 3:09-cv-903-J-25MCR

**(To be supplied by Clerk's Office)**

(Enter <u>full name</u> of each <u>Plaintiff</u> and prison
number, if applicable)

v.

Sheriff David B. Shoar
Colonel P.F. Cyr
Sergeant Martines, mail Clerk Shridan,
mail Clerk Hudson, = Food Service Superisor's

(Enter <u>full name</u> of each <u>Defendant</u>. If
additional space is required, use the blank
area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    <u>PLACE OF PRESENT CONFINEMENT:</u> St. Johns County, Detention Center Jail
(Indicate the name and location)
In St. Augustine, Florida. 32084

II.   <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS?</u> Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

DC 225 (Rev. 9/03)                      1

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

**General Grievance**

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

**Other Grievance**

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

**Questions:**

A. **Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22** (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes (✓) No ( )

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

   b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. **Informal Grievance (Request for Interview)**

DC 225 (Rev. 9/03)                                    2

1.  Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( ✓) *the official's decision*

2.  If so, you must attach a copy of the grievance and response to this Complaint form.

C.  <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1.  Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( ✓)

2.  If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3.  Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( ✓)

4.  If so, you must attach a copy of the grievance and response to this Complaint form.

D.  <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1.  Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
    Yes ( ) No ( ✓)

2.  If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___1___ day of ___September___, 2 _009_.

_____
Signature of Plaintiff

III.   **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B.   Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (✓) *Try To*

C.   If your answer is YES:

1.   What steps did you take? *I filb a Request To Speak with a Sergant on Duty, But was Denin my Grievance, by the Shff's*

2.   What were the results? *Denial From February 18, 2009 until Now*

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: *Cuyld Get No Grievance's To Exhaustion my administrative Remadies,*

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this _____ day of ___September_____, 2 _0 0 9_ .

_Richard Raud Culender_
**Signature of Plaintiff**

DC 225 (Rev. 9/03)                                4

IV.   **PREVIOUS LAWSUITS:**

A.  Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

B.  Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.  Parties to previous lawsuit:

     Plaintiff(s): Richard James Anderson, Sr

     Defendant(s): Sheriff David B. Shoar, Deputys J. Russell, Deputy's S. Staggers, Deputys S. Bickhart,

   2.  Court (if federal court, name the district; if state court, name the county): Atlanta Ga. 30303 Appeal Number: 09-11933-H

   3.  Docket Number: District Court Number: 09-00232 CV-J-34 mCR

   4.  Name of judge: Before EDMONDSON and Black, Circuit Judges,

   5.  Briefly describe the facts and basis of the lawsuit: Unlawful Detainers Tried and Convicted before A Corrupt State Judge, False Imprisonment, And malicious-prosecution Torts

   6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?): It Still pending False Accuse of possessive of Drug the police's Fabricate A Story Against plaintiff,

   7.  Approximate filing date: March 12, 2009

   8.  Approximate disposition date: N/A

D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style,

DC 225 (Rev. 9/03)                    5

and the disposition of each case:

Appeal Number: 09-11933-H

District Court Number: 09-00232 CV-J 34 mcR

V. **PARTIES**: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Richard James Anderson, Sr

Mailing address: 3955 Lewis Speedway, St. Johns County Detention

Center Jail St. Augustine, Florida 32084

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: David B Shoar,

Mailing Address: 4015 Lewis Speedway

St. Augustine, Florida 32084

Position: Sheriff

Employed at: St. Johns County, Detention Center Jail

D. Defendant: Martinez,

Mailing Address: 4015 Lewis Speedway,

St. Augustine, Florida 32084

Position: Sergeant.

Employed at: St. Johns County Detention Center Jail

E. Defendant: Shrider, and Hudson,

Mailing Address: 4015 Lewis Speedway

St. Augustine, Florida 32084

Position: mail Clerk's

Employed at: St. Johns County Detention Center Jail

F. Defendant: P.F.Cyr.

Mailing Address: 4015 Lewis Speedway

St. Augustine, Florida 32084

Position: Director of Corrections

Employed at: St. Johns County, Detention Center Jail.

G. Defendant: Food Service Supervisor's

Mailing Address: 4015 Lewis Speedway

St. Augustine, Florida 32084

Position: Cook's

Employed at: St. Johns County Detention Center Jail

**VI.**    **STATEMENT OF CLAIM:**  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

petitioner is file this Claim before the statute of Limitation has Expired. I am a poor person, petitioner is ask to proceed in forma pauperis as a poor person, petitioner state that he is an indigent inmate's at this institution petitioner state that this institution is not holding no amount of money for petitioner,

**VII.**    **STATEMENT OF FACTS:**  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

petitioner state that sergeant martinez, is discrimination against me personal, inside this facility where I'm correcated at, sergeant martinez, treat white's inmate's 90 cent better than he treat black's inmate's, petitioner state that sergeant martinez, is practice discrimination and segregate against me personal, petitioner state that he can see sergeant martinez, prejudice, petitioner state that on march 14, 2009 petitioner went to court and was sentence to 90 days to attend rights class in Jail but was denial by sergeant martinez, petitioner state that sergeant martinez, came to petitioner cell

**Statement of Facts, continued:**

Block 27 and Told petitioner personnl, that the Sights supervise that wrote the Judge and Told Her that no Handicap Inmate's or not allow To attend Sight's Class, petitioner state that June 10, 2009 would Be petitioner Release Date if he was allow to attend sights class, petitioner state that St. Johns County, Inmates Hand Book program and privilege, state "If you are Court Ordered To a program, make sure that your Request state that information For Verification by the programs staff's which petitioner did, petitioner state that he went up stair and fill out all paper work to start Class, petitioner state that sights supervisor Gave petitioner four Book's "Relapse prevention," "Release and Reintegration," and "How To Escape your Prison," and "Criminal and addictive thinking, petitioner state that Sergeant Martinez, came to petitioner cell and Try To Get those 3 Book's from petitioner possessive, petitioner state on may 27, 2009 Bobby messenger, went To Court and Judge Werty w. Anger, sentence Bobby messenger, to 2 years Drug offender probation, and 90 Days to attend sights program in Jail, petitioner state that sergeant martinez, To Bobby messenger, up stair To the Sights supervise petitioner state that they are letting Bobby messenger attend Class. Inmate's Bobby messenger, start monday June 1, 2009 petitioner state that they Transfer Bobby messenger, up stair June 3, 2009 and He use a pair of crutches as petitioner Do, petitioner state that He was Told By Sergeant martinez, that no Handicap person Could Go up stair To attend Class.

petitioner State that the first day that Bobby messenger, came into Block 27 He said that He was Going to Get Sights programs Because He said that He was on probation Before. and that Sergeant martinez, would Look out For Him personnily.

petitioner State that the officer's that Sergeal martinez, Supervise on His shift harass and disturb and IRRITATE PERSISTENTly.

April 18, 2009 Deputy's Grimes, came IN the cell Block with a attitude and shal threat me telling me that He Get me more time, Deputys Grimes, Nell up IN petitioner Face Spit nll in petitioner Face, petitioner was so Affrighted and Nervous, and Afraid and AGGravate Because petitioner thought Deputys Grimes, was Going To Hit petitioner so petitioner was so Affrighted, I'm still Affrighted.

petitioner State Saturday June 13, 2009 officer Tweet, came IN petitioner cell suppose To Have a Shake Down, It may But Two Inmate's IN this Block 27 petitioner and Inmates Timothy Clayton, officer Tweet, went direct To petitioner Lock and Look at all these Letter's that petitioner have send out then petitioner Heard Sergeant martinez, on the Tel-phone with officer Tweet,

At 1:00 o'clock at midnight officer Bnch, came IN, Block 27 and Search petitioner cell when petitioner was almost sleep they on Intentional harassment petitioner petitioner Don't have No Contraband, Because petitioner Never Leave His cell. It Represents a value Judgment that unjustified Search and Seizure Is greatly Threatens Individual Liberty, that It must be Forever Condemned, as a matter of Constitutional Principle, officer Bnch, and a Sergeal, went up IN the Guard Toer After the Search,

A

July 2, 2009 officer JENSEN, Search, petitioner Cell petitioner Oil was the First To BE Search, officers JENSEN, was Look at all the mail that petitioner have Send out.

Example officer Brown, Search petitioner Cell may 31, 2009 Sunday night about 12:30 p.m. petitioner Got up To use the Toilet and petitioner Seen a spider petitioner kill it and put It In a Cup what petitioner Got the others INSECT In But officer Brown on her Search She Five them and. thought them way down In the Toilet.

At 12:30 p.m. Wednesday night three officer's Came In for a Shake down a Search of the Cell officer Hill, officer Swenks, officer Lukoszewski, this IS a medical Block Lock down, After the Shake down, petitioner Show officer Lukoszewski, A Species, It Five Inmates In Block 27 Kennedy Calloway, Ronald morris, T. masters, Roy mostly,-

June 26. 2009 officer Link, Give Every Block Got Razor but this Block 27 officer Link would Bring no Razor In this Block, petitioner was Denied Razor To Shave with officer Link, was Bias Toward petitioner and this Block 27

June 29, 2009 petitioner fill out a Inmates Request about Grievance Forms petitioner State what It was about and who petitioner was, file Complaint on petitioner State that He have Receive Grievance yet, petitioner State Every Since He Arrive Here February 18, 2009 that He Been Denied a Grievance Forms,

petitioner that sheriff's Employee Got To beheld Liable For there Intentional Torts And when It might occurs this IS a Invidious Racial discrimination IS a Intolerable within this Jail

mail Clerk Shrider, IS INTERFERE IN harmful manner. with St. Johns County Detention Center Jail System mail clerk Shrider, IS Engage In under hand Illegal Dealing with petitioner mail, It IS hard To Get A letter out to and attorney's mail Clerk Shrider, Take my Legal mail OPEN. Take Copy's of It And Giving To the Deputy's that ARREST me, petitioner have Try To write To the State Commissioner's n.n.c.p's all Kind of orGanizes, F.O.I. letter: may being Received's well they may Leaving this St.Jhns County, Detention Center Jail Facility's mail Clerk Shrider, IS throw petitioner mail IN the Trash Can For Garbage, this been happen Ever Since February 18, 2009 petitioner IS afraid of mail anything out,

may 13, 2009 petitioner mail A letter To the poster master, notify them the trouble petitioner been have at this Facility, mail Clerk Shrider, And open And Read Legal mail,

may 26, 2009 petitioner is letter to the second poster master IN Jacksonville About mail Clerk Shrider, About, open and Read Legal mail And Not Send Legal mail out and throw it IN the Trash Can For Garbage,

may 26, 2009 mail Clerk Shrider, Came and pick up the mail Sergeant answer petitioner Inmates Request forms Informal Grievance, Shying that petitioner situation had been addressed, but mail Clerk Hudson, Came Later and Give out mail,

July 5, 2009 mail Clerk Shrider, Come around Deliver mail and did pick up the mail out of Block 31 officer Nelson, was Suppose Carry petitioner Two letter To mail Clerk Shrider, address To petitioner brother and Daughter,

March 16, 2009 the mail Clerk Shrider, passing out mail about 11:00 Oclock when she Got To Cell Block 27 mail Clerk shrider, Gave the Legal mail To officer Swartz, To bring the Legal mail To petitioner, petitioner open the Legal mail and officer Swartz Took the mail out of petitioner Hand and Read Some of It, and Look thought Since Had Handle It back and mail Clerk asked officer Swartz, what was It, and He Said It IS From State Board of pardons and paroles,

On March 27, 2009 petitioner Received a Letter From united State District Court the mail Clerk Gave the Letter to officer Clerk, To Bring To petitioner but It was open,

petitioner Send the poster master, a Big Brown, Envelope april 29, 2009 with a Letter In It address To mayor Joe, Boles, that the mail Clerk shrider, had Erase St. augustine, off of the Letter address To the mayor on april 27, 2009 I Send It out on April 27, 2009 and It, come back april 28, 2009 the Evidence was the Letter But the poster master should judness this event, the poster master should Get the Letter, may 1, 2009 I Got To Sneak petitioner mail out of this St. Johns County Detention Facility Jail,

April 29, 2009 petitioner Receive a Letter From the Florida Bar and the mail Clerk shrider, Took It over To Block, 26, Because petitioner Son IS In Block 26 Richard James Anderson, Jr III But when petitioner Send the Letter To the Florida Bar the mail Clerk Erase Sensor out and Put Junior, that why she would Get a Chances To Review the mail From Block 26 To Block 27 the mail Clerk New what was Going on, Because petitioner Son Told Her that, was his Dad mail In Block 27 when she open the Letter she new petitioner Hand write, mail Clerk shrider,

Gave officer Brown, the mail To Bring petitioner and He was looking all thought It. And mail Clerk Left the Scene first.

April 7, 2009 the mail Clerk Shrider, Came around and Give Legal mail To officer Tweet, the mail To Bring To petitioner mail which he asked Could I Let Him Hold my mail And He looking thought It and look at the front, that's when the mail Clerk asked officer Tweet, what was It.

May 4, 2009 monday morning about 11:00 oclick officer Hines Came In Black 27 And Said that the Sergeant want To See, petitioner, petitioner state that when He Got To the Sergeant offices, the Sergeant Hosting, Show me a Letter from the mayor Joe Boles, that I had write about the First of Month that I thought had Been Send off, And then She Show petitioner another Letter that I Had mail out To Attorney Richard C watson, out of Jacksonville. In March that I thought had Been Send off this Facility's Sergeant, Lieutenant, mail Clerk Been hold petitioner mail and throw It In the Trash Can for Garbages.

July 3, 2009 mail Clerk Shrider, Did not pick up mail from Black 27 mail Clerk Shrider, Kept Going by black 27

may 4, 2009 petitioner Daughter Came And visit petitioner And She Told petitioner that She Had wrote petitioner and the mail Return, and state In Her Letter that She Need To put petitioner Birth Date, on front of the Letter Because mail Clerk Shrider, Have Erase Senior And put Junior, now Every Letter Came To the Facility that Have Richard James Anderson, will Have Junior on the Letter Because mail Clerk Shrider, Violate the mail System Law.

E

ON may 18, 2009 mail Clerk Shrider Come down about 8:30 am that morning with the other mail Clerk and pick up mail from Every Block But this Block 27

may 29, 2009 about 2:30 p.m mail Clerk was A African American Give out mail on this End of the Facility Jail, Block 22 Block 23 Block 24 Block 25 block 26 . Block 27

A young mail Clerk Come this morning and pick up the mail and was look DiRECT in my Cell, Because I was Sent a Letter to united States court of Appeals,

July 10, 2009 officer Luso, Come arround with the mail Clerk Hudson, officer Luso, took the Legal mail From the Florida Bar associate, And petitioner open the Letter and officer Luso, ask petitioner To Let him See if may Staple was In the mail He look up the Front And the Back of A one paper Letter and mail Clerk Hudson, ask officer Luso, what was it, And He Told Her,

mail Clerk Shrider, on July 23, 2009 Come down about 10:30 o'clock Give out mail, and pick mail up From Every block But Block 27 It was mail being Send out Because petitioner had two Letter IN the Box To Be Send out.

petitioner state He Received a Letter From Attorney Terry L Byrd, mail Clerk Hudson, Been Hold petitioner mail, this Letter they Been Hold Date 8/12/2009 today IS August 15, 2009 Friday mail Clerk Hudson wrote on the Front of the Envelope Saying that She accident stit opened before noting I/ was Legal mail,

F

petitioner state August 19, 2009 At 10:50 A.m. the mail Clerk Hudson, Came down, To Notarize Some Legal paper Going To Internal affairs And Read thought It had Denial petitioner Notarize, And Had petitioner To Sign It and Took the Letter, with Her, and officer BelGotti, Should witness, this Event, She was Ask the officer, How Do you use the Notarize, mail Clerk Hudson, DID no How To use Notarize,

petitioner state mail Clerk Shrider, Is Involve In this Too, These's Employee's need to Be Investigations this matter been Contenueiously Going on From February 18, 2009 until Now Eve have Other's Letter's that Been open by these's two Employee's,

Female officer's working IN the Guard Tower IN the men Inmate's Section of the Jail, these's Females officer's been working IN this Section of the Jail SINCE IVE Arrive here IN January 1, 2009 watch male Inmate's Takeing Showing,

August 24, 2019 Food Service Serve Rice And Sausage, Sting penr not Done, and Cake,

petitioner state that the mail A Letter To Detective Timothy Burres, For Him To Froward the Sheriff's Citizen Comment forms To Internal affairs offices, that that I had file on mail Clerk Hudson, and Shrider, About open And Read Legal mail August 17, 2009 And Date the Sheriff's Citizen Comment Forms, August 18, 2009

(6)

Petitioner wrote the Department of Health, on this place the Tray that they Inmates Eat Food out of, It Disgusted and Had bad odors To them the Tray went being wash they was being wash Down with A water Hoe because Ive Kept smell my tray, the Kitchen At this facility's

April I, 2009 Kitchen the Last meal Trust-Tee Serve Dinner Tray without the Food Cover up, It use have A Top To Cover the tray, that Keep Him From breathe Into It or something fall Into It.

July 11, 2009 Kitchen food Service Serve peanut Butter, and apple Jelly, and Two Cookie, and noodle Salad, and Black Beans under Cook, and Hard and officer Sweats, Letting the Trust-Tee, Leave the Food uncover For About 30min with all the decease IN this Jail,

August 1, 2009 officer milton, Serve Food Tray For food Service, officer milton, allowing the Trust-Tee To leave Tray on Cart under Cover when they Got to Block 22 the Tray was uncover, the Tray that was uncover the Trust-Tee Serve IN Block 27 After the Tray been uncover About 30min or more.

August 2, 2009 At 12:00 oclock officer Lopez, Came Around with Trust-tee Serve Lunch, the Trust-Tee that serve Block Did have No Cover on those Tray that He serve this old Trust-Tee had A Cold and serve Food Tray, and officer Lopez, stood and act like he Dont Care.

St. Johns County Detention Jail Facility Food Service Always Serve under Cook Food,

H

petitioner state that this Facility Is unclean and Dirty and nasty and Germ
And bacteria and Filth Condition, and Infectous. Facility's

June 3, 2009 nit fly around petitioner Face, and Sewer Flies Fly, Around the
Block 27 the sewer flies Coming up thought the pipes Into Block 27 that
Is a Passage way To this Block,

the staff's Failed To keep Cell Block's was not kept In Good Clean and
operable Conditions because these Cell Block have bugs In them

April 16, 2009 A mosquito a winded Insect which they bite And Sack
blood Enrly Sunday morning A mosquito bite me and I Kill It,

Sewer Flies Coming up thought the pipe Into Block 27 that Is a passageway
To this Block, you Can See these Sewer Flies Fly around the Block these
Insect Should Be In the Inside of this Jail,

I've Got the State of Florida Department of Health, County Health Department
on Food Services, Inspection Reports I've Have It,

on may 10, 2009 I Found bug's walk around In my Cell Block 27 Sunday
morning about 8:30. A.m,

petitioner state that He Hoping that this Honorable Court magistrate JUDGE
review this ISSUE And Facts And Grant His petition For writ of Habens
corpus For Filing a Law Suit Against Defendant's Sheriff DAVID B, SHOAR,
And SeRGeant MARTINEZ, mail Clerk's Shnider, And mail Clerk Hudson,

For mail Tamper and Discrimination, and Colonel P. F. Cyr. Director of Corrections, About all the accident that Happen To plaintiff about the staff's will not Issue plaintiff No Grievance forms, plaintiff state that Colonel P.F. Cyr. Gave Direct order To His staff's, to Do not Give plaintiff No Grievance Forms, and the Freeze of plaintiff Canteen

I Declare under penalty of perjury that the Foregoing answers to the Questions In this Section Are True and Correct.

T

Petitioner state that this Facility Is unclean and Dirty and Nasty and Germ and bacteria and filth Condition, and Infectous, Facility's,

June 3, 2009 nit Fly around petitioner FACE, and Sewer Flies Fly around the Block 27 the Sewer Flies Coming up thought the pipes Into Block 27 that Is A passage way To this Block.

the Sheriff's Failed To Keep Cell Block's was not Kept IN Good Clean and operable Condition because these Cell Block have bugs In them

April 26, 2009 A mosquito A winged Insect which they bite and suck blood Early Sunday morning A mosquito bite me and I kill it.

Sewer Flies coming up thought the pipe Into Block 27 that Is A passage way To this Block, you Can see these Sewer Flies Fly around the Block these Insect Should Be IN the Inside of this Jail,

K

Colonel P.F. Cyr, Director of Corrections of St. Johns County, Detention Center Jail facility, one who Surpasses another, as in Rank, in mannage this Jail facility,

petitioner State that He notify Colonel P.F. Cyr. About all the accident that was Happen to Him. About the Staff's will not issue petitioner no Grievance forms, petitioner State that Colonel p.f. Cyr. Gave Direct order To His Staff's To be not Give petitioner no Grievance forms, petitioner Been Trying To Get Some Grievance Forms since February 18, 2009.

Colonel P.F. Cyr, New about the under Cook Food, that Food Services was Serve, and the Tray that the Inmate's Eat Food out of. It Disrusted And Had and odor's To them them Tray was being, wash, they was being wash Down with a water Hog, because Ive Kept Smell petitioner Tray.

petitioner State that He wrote To the Department of Health, on this place, the Kitchen at this facility's have plot of Violate they Dont have Hot water in the Kitchen Sink they Got mold in the Kitchen, they use milk Crate's To Store Tray, petitioner State that the water It Task Like It not fit To Drink, petitioner State that He Got the State of Florida Department of Health, County Health Department Food Service, Inspection Report, petitioner have it.

May 22, 2009 petitioner Daughter Call To Corrections Division Finance officer Yvonne Griffin, She would pick up Her phone, So petitioner Daughter Left a message for Finance officer Yvonne Griffin Secretary, Call Colonel P.F. Cyr, And His Secretary Said He was not In, But a Sergeant has Call over To Colonel Cyr, officer And warn Colonel Cyr, that Somebody is Call about Inmate's Richard James Anderson, Sr Matter, because petitioner was Denial Twice Before, petitioner was Listen at the

phone Call that His Daughter make, Colonel Cyr, And Finance officer Yvonne Griffin, was ducking His Daughter,

petitioner state that He made A Inmate's Request forms IN A Informal Grievance, Because petitioner want To Exhuastion of Administrative Remedies, But was Denial, petitioner state that the official's at this Facilities want answer Inmate's Request forms Into Informal Grievance, Back petitioner wrote about Fifteen Inmate's Request forms. Into A Informal Grievance,

July 19, 2009 Sunday officer Dukes, came To petitioner Cell Block 27 and told petitioner that A Sergeant want To talk To petitioner about the Sheriff's Citizen Comment forms that petitioner File on mail Clerk Shrider, and Sergeant martinez, about tamper with petitioner mail and Discrimination against petitioner personal, petitioner state that He mail thought was mail To Colonel P.F, Cyr, and today SerGeant had in Her possessive of my Sheriff's Citizen Comment forms IN her possessive July 19, 2009 June 4, 2009 when I File the Sheriff's Citizen Comment Form on Sergeant martinez, and mail Clerk Shrider,

mail pass out Friday August 14, 2009 petitioner a Letter From an attorney terry L. Byrd, the mail Clerk Hudson, new What She was doing when She open petitioner Legal mail From an attorney's, She trying To say "this envelope was accidently slit, opened before noting It was Legal mail these's two Employee's Have contenuciously peep and open petitioner Legal mail being nozey, mail Clerk shrider, Is Involed in this Too. these's two Employee's need To Be Investigations this matter been contenuciously Going on From February 18, 2009 until now petitioner have other's letter's that Been Open By them two Employee's, petitioner state that this letter Came in on August 12, 2009

m

petitioner state August 19, 2009 At 10:50 Aim the mail Clerk Hudson, Came down To Notarize Some legal paper Going to Internal Affairs And She Read thought It And Denial petitioner notarize, And Had petitioner To Sign It And Took the Letter with Her, And officer Belgott, Should witness this Event, She was ask the officer How Do you use the Wotarize, mail Clerk Hudson, DID not no How To Wotarize,

July 19, 2009 petitioner thought that Colonel, P.F. Cyr, would Turn the Sheriff's Command Forms over To Internal Affairs office Female Sergeant Martinez, Because Her And male Sergeant, Trying To Fight petitioner Saying If you Dont Loose no Gain Time, And Dont Get In Any Trouble you Get out Dec 3, 2009

petitioner State that Colonel, P.F. Cyr, Director of Corrections Is Approve Everything that or Happen At this Facilities Because petitioner notify Colonel P.F. Cyr, of Everything that Happen At this Facilities,

August 25, 2009 petitioner wrote Colonel P.F. Cyr, A Inmates Request Forms About the Condition the Shower In, In block 27 King And Sink unclean Dirty And nasty And Germ And bacterin And Filth Condition And Infectous Showing In Block 27, Colonel P.F. Cyr, that Denial Ever Avenue For petitioner,

N

Petitioner State went the mail clerk pick up the mail From Block 27 that His mail
personal Go To Clonel P.F. Cyr. offices Everyday He examine It, personal,
Petitioner state that when He file His Complaint To the united States District
of middle District of Florida Jacksonville, Division that Clonel P.F. Cyr, and
His staff's He Get Copys of petitioner Law Suit, Before It Get to Court,

petitioner State that Clonel P.F. Cyr, act Like he Had Some kind of Grudge Against
petitioner, petitiouer was place IN administrative Segregation where all the Sick
Inmates Come In, From the Street, His Facility Is with Germs and pullable
June 28, 2009 Robert Helton, Have T.B. IS short a disease Call Tuberculosis,
T.B. IS Spread thought the air From one person To Another T.B. Germs are
passed thought the air when Someone who IS Laught, Sings, or Sneezes
Anyone near the Sick person Can breathe T.B. Germs Into their Lungs,

petitioner State that this Facility Do not Have a medical ward to quarantine
and Isolation Inmates with Disease, Like aid and Tuberculosis,

Petitioner state that theses of the Sergeant's that denial petitioner Grievance Form, To Exhaustion His Administrative Remedies: Sgt. Melton, Sgt. Hazen, Sgt. Delear, Sgt. North, Sgt Hasting, Sgt. Martinez, Sgt. Martinez, Sgt. Criff, Sgt Keller, Sgt middle Sgt. Oneal, Sgt. Evans.

The Same Sergeant's Gave Corrections Division Finance officer Yvonne Griffin, the Okay not to Send petitioner affidavit Certificate, prisoner Accounts only, petitioner Sent It To Finance officer Yvonne Griffin. offices August 17, 2009 And Have Got It Back yet.

Petitioner State these's Same Sergeant's Have Denial petitioner notarize of His Legal document To Be Notarize At this Facility Jail, petitioner thus write A Request Every Day Trying To Get Some body To Notarize His Legal document.

petitioner state that He no that these's Sergeant's Help Tamper And Vandalism petitioner Legal mail, And Gave mail Clerk, And mail Clerk Hudson, the authority To Vandalism And Tamper with Legal mail,

petitioner state that mail Clerk Hudson Since Vandalism And Tamper and Read Petitioner Legal mail Every morning She Come To pick up the mail, petitioner wrote the Sheriff David B. Shoar. A Letter August 31, 2009, petitioner state that mail Clerk Hudson, Is Going To Intercept that Letter, Because mail Clerk Hudson, Came IN Looking direct To petitioner.

petitioner State that Colonel P.F. Cyr, thus made It nothing that petitioner will not See anything Notarize, Because all officer's And all Sergeant's or IGNORE petitioner, Because the officer's that Do all-the notarize Is stand IN Front of desk:

petitioner that Colonel P.F. Cyr, Have Giving strict order To His staff's To Freeze, Everything Have To Do with petitioner,

petitioner state that since theses official's want notarize or Corrections Finance officer Yvonne Griffin, want sign "Affidavit Certificate (prisoner accounts only) Because petitioner send It To Yvonne Griffin, offices August 17, 2009 And have write Her Seven or Eight, Inmates Request Forms Beg Her To Send my Affidavit Certificate (prisoner accounts only)

petitioner Is Hoping that this Honorable Court Except my Civil Rights Complaint Form with the Canteen Receipt state that I'm Indigent Inmate's

petitioner state that this "Swanson, Services Corporation Sarasota Service Center for St. Johns County, Petitioner State Companys Can Tell this Honorable Court that Petitioner Is broke And Indigent, petitioner Is Hoping And praying that this Honorable Court Grant His Civil Rights Complaint Forms. Because all the staff's or walk Around Laughter at petitioner please Grant my Civil Rights Complaint Forms,

Respectful Submitted
Richard James Anderson sr

VIII. <u>RELIEF REQUESTED</u>:  State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

To have Defendants to pay all court Fee's and attorney's Fee's For plaintiffs and Have the official's wf this Jail's facility To accommodate and supply plaintiff Legal Research associates (LRA) all Legal materials To made available for plaintiff plaintiff IS asking this Honorable court to Issue a court ordered For the official's to Issue plaintiff Grievance

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this ___1___ day of ___September___, 2 _09_.

_Richard James Anderson Jr_

_____

_____

(Signatures of all Plaintiffs)